1  DOUGLAS E. MIRELL (Bar No. 94169)
   dmirell@hmafirm.com
2  DILAN A. ESPER (Bar No. 178293)
   desper@hmafirm.com
3  HARDER MIRELL & ABRAMS LLP
   132 S. Rodeo Dr., Fourth Floor
4  Beverly Hills, CA  90212
   Tel.  (424) 203-1600
5  Fax  (424) 203-1601

6  Attorneys for *Amici Curiae* Screen Actors
   Guild-American Federation of Television
7  and Radio Artists and Association of
   Talent Agents

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMDB.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | No. 3:16-cv-06535-VC<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS AND ASSOCIATION OF TALENT AGENTS AS *AMICI CURIAE* IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     February 16, 2017<br>Time:    10:00 a.m.<br>Location:  San Francisco Courthouse<br>               Courtroom 4, 17th Floor<br>               450 Golden Gate Ave.<br>               San Francisco, CA  94102<br>Judge:    Hon. Vince Chhabria |

Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA") and Association of Talent Agents ("ATA") hereby move for leave to file a brief as *amici curiae* in opposition to Plaintiff's pending motion for a preliminary injunction.

This motion is based on the fact that the issues in the case are of special relevance to the members of SAG-AFTRA and ATA, and that Proposed Intervenor SAG-AFTRA was a sponsor of the statute at issue in this litigation, as set forth in the proposed brief submitted concurrently herewith. SAG-AFTRA and ATA believe that the challenged statute is fully constitutional and that the motion for preliminary injunction should be denied in its entirety.

No one other than counsel for *amici* authored this brief, in whole or in part, or contributed money toward the preparation or submission of this brief

This motion for leave is based on these moving papers and all materials that the Court may properly consider at the hearing.

DATED: January 26, 2017.          Respectfully submitted,

HARDER MIRELL & ABRAMS LLP

By: _____
    Douglas E. Mirell
    Attorneys for *Amici Curiae* Screen Actors Guild-American Federation of Television and Radio Artists and Association of Talent Agents