UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMDB.COM, INC., <br><br>            Plaintiff, <br><br>     v. <br><br> XAVIER BECERRA, <br><br>            Defendant. | Case No.  16-cv-06535-VC <br><br> **ORDER GRANTING MOTION TO INTERVENE** <br><br> Re: Dkt. Nos. 19, 36 |

   SAG-AFTRA's unopposed motion to intervene is granted.  The union's amicus brief will be accepted as an opposition to the motion for a preliminary injunction.

   **IT IS SO ORDERED.**

Dated:  January 27, 2017

_____

VINCE CHHABRIA
United States District Judge