UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMDB.COM, INC., <br><br>          Plaintiff, <br><br>   v. <br><br> XAVIER BECERRA, <br><br>          Defendant. | Case No. 16-cv-06535-VC <br><br> **ORDER RE PRELIMINARY INJUNCTION HEARING** |

At tomorrow's hearing, the parties should be prepared to discuss whether they would agree to convert the motion for a preliminary injunction to a motion for summary judgment. If not, they should be prepared to explain what other evidence would be necessary to decide the matter on summary judgment.

    **IT IS SO ORDERED.**

Dated: February 15, 2017

VINCE CHHABRIA
United States District Judge